DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TYRONE CUMMINGS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1034

[December 1, 2021]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Rosemarie Scher, Judge; L.T. Case No. 501989CF013783AXXXMB.

Lydia Pittaway of Pittaway Law, PLLC, Fort Pierce, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Sherwood v. State*, 745 So. 2d 378 (Fla. 4th DCA 1999).

WARNER, GROSS and DAMOORGIAN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***